# Exhibit 1



0852_7_18_2017.jpg (above)                                              1117_7_18_2017.jpg  (below)





1364_7_18_2017.jpg (above)

1438_7_18_2017.jpg (below)





1488_7_18_2017.jpg (above)

1636-Edit_7_18_2017.jpg (below)





1661-Edit_7_18_2017.jpg (above)



1757_7_18_2017.jpg (above)