# Exhibit

# 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-068-747**

**Effective Date of Registration:**
September 22, 2017

## Title

**Title of Work:** Group Registration Photos, by Mike Boatman Published July 14, 2017 to August 30, 2017: 2259 photos.

**Content Title:** 8149_7_14_2017; 8147_7_14_2017; 8148_7_14_2017; 8150_7_14_2017; 8153_7_14_2017; 8152_7_14_2017; 8154_7_14_2017; 8156_7_14_2017; 8157_7_14_2017; 8158_7_14_2017; 8159_7_14_2017; 8160_7_14_2017; 8162_7_14_2017; 8161_7_14_2017; 8163_7_14_2017; 8164_7_14_2017; 8165_7_14_2017; 8166_7_14_2017; 8168_7_14_2017;

8167_7_14_2017; 8169_7_14_2017; 8170_7_14_2017; 8171_7_14_2017; 8172_7_14_2017; 8173_7_14_2017; 8174_7_14_2017; 8175_7_14_2017; 8177_7_14_2017; 8178_7_14_2017; 8179_7_14_2017; 8180_7_14_2017; 8182_7_14_2017; 8183_7_14_2017; 8185_7_14_2017; 8186_7_14_2017; 8187_7_14_2017; 8188_7_14_2017; 8189_7_14_2017;

8190_7_14_2017; 8191_7_14_2017; 8192_7_14_2017; 8193_7_14_2017; 8194_7_14_2017; 8195_7_14_2017; 8155-Edit_7_14_2017; 8198_7_14_2017; 8196_7_14_2017; 8155_7_14_2017; 8184-Edit_7_14_2017; 8197-Edit_7_14_2017; 8184_7_14_2017; 8197_7_14_2017;

0524_7_17_2017; 0526_7_17_2017; 0525_7_17_2017; 0528_7_17_2017; 0529_7_17_2017; 0527_7_17_2017; 0530_7_17_2017; 0532_7_17_2017; 0531_7_17_2017; 0533_7_17_2017; 0534_7_17_2017; 0535_7_17_2017; 0537_7_17_2017; 0538_7_17_2017; 0536_7_17_2017; 0541_7_17_2017; 0539_7_17_2017; 0540_7_17_2017; 0542_7_17_2017;

0543_7_17_2017; 0544_7_17_2017; 0546_7_17_2017; 0545_7_17_2017; 0551_7_17_2017; 0553_7_17_2017; 0554_7_17_2017; 0552_7_17_2017; 0555_7_17_2017; 0556_7_17_2017; 0557_7_17_2017; 0558_7_17_2017; 0559_7_17_2017; 0560_7_17_2017; 0561_7_17_2017; 0562_7_17_2017; 0563_7_17_2017; 0568_7_17_2017; 0564_7_17_2017;

0565_7_17_2017; 0570_7_17_2017; 0572_7_17_2017; 0571_7_17_2017; 0573_7_17_2017; 0574_7_17_2017; 0575_7_17_2017; 0578_7_17_2017; 0579_7_17_2017; 0580_7_17_2017; 0566-Edit_7_17_2017; 0581_7_17_2017; 0582_7_17_2017; 0566_7_17_2017;

0567-Edit_7_17_2017; 0567_7_17_2017; 0569-Edit_7_17_2017; 0569_7_17_2017; 0576-Edit_7_17_2017; 0577-Edit_7_17_2017; 0576_7_17_2017; 0577_7_17_2017; 0583-Edit_7_17_2017; 0584-Edit_7_17_2017; 0583_7_

17_2017; 0584_7_ 17_2017;

0585_7_18_2017; 0587_7_18_2017; 0586_7_18_2017; 0588_7_18_2017;
0589_7_18_2017; 0590_7_18_2017; 0591_7_18_2017; 0592_7_18_2017;
0593_7_18_2017; 0594_7_18_2017; 0596_7_18_2017; 0595_7_18_2017;
0597_7_18_2017; 0598_7_18_2017; 0599_7_18_2017; 0600_7_18_2017;
0601_7_18_2017; 0602_7_18_2017;

0604_7_18_2017; 0605_7_18_2017; 0606_7_18_2017; 0607_7_18_2017;
0608_7_18_2017; 0609_7_18_2017; 0610_7_18_2017; 0611_7_18_2017;
0612_7_18_2017; 0613_7_18_2017; 0614_7_18_2017; 0615_7_18_2017;
0616_7_18_2017; 0617_7_18_2017; 0618_7_18_2017; 0619_7_18_2017;
0620_7_18_2017; 0621_7_18_2017;

0625_7_18_2017; 0626_7_18_2017; 0627_7_18_2017; 0628_7_18_2017;
0629_7_18_2017; 0630_7_18_2017; 0631_7_18_2017; 0632_7_18_2017;
0633_7_18_2017; 0635_7_18_2017; 0636_7_18_2017; 0634_7_18_2017;
0637_7_18_2017; 0638_7_18_2017; 0639_7_18_2017; 0642_7_18_2017;
0640_7_18_2017; 0641_7_18_2017;

0644_7_18_2017; 0643_7_18_2017; 0645_7_18_2017; 0647_7_18_2017;
0646_7_18_2017; 0648_7_18_2017; 0649_7_18_2017; 0650_7_18_2017;
0651_7_18_2017; 0652_7_18_2017; 0653_7_18_2017; 0654_7_18_2017;
0655_7_18_2017; 0656_7_18_2017; 0657_7_18_2017; 0660_7_18_2017;
0658_7_18_2017; 0659_7_18_2017;

0661_7_18_2017; 0663_7_18_2017; 0662_7_18_2017; 0665_7_18_2017;
0666_7_18_2017; 0664_7_18_2017; 0667_7_18_2017; 0668_7_18_2017;
0669_7_18_2017; 0670_7_18_2017; 0671_7_18_2017; 0672_7_18_2017;
0673_7_18_2017; 0674_7_18_2017; 0675_7_18_2017; 0676_7_18_2017;
0677_7_18_2017; 0678_7_18_2017;

0679_7_18_2017; 0680_7_18_2017; 0681_7_18_2017; 0682_7_18_2017;
0683_7_18_2017; 0684_7_18_2017; 0685_7_18_2017; 0686_7_18_2017;
0687_7_18_2017; 0688_7_18_2017; 0689_7_18_2017; 0690_7_18_2017;
0691_7_18_2017; 0694_7_18_2017; 0696_7_18_2017; 0697_7_18_2017;
0698_7_18_2017; 0699_7_18_2017;

0700_7_18_2017; 0701_7_18_2017; 0702_7_18_2017; 0703_7_18_2017;
0704_7_18_2017; 0705_7_18_2017; 0707_7_18_2017; 0706_7_18_2017;
0708_7_18_2017; 0709_7_18_2017; 0710_7_18_2017; 0711_7_18_2017;
0712_7_18_2017; 0713_7_18_2017; 0714_7_18_2017; 0715_7_18_2017;
0716_7_18_2017; 0717_7_18_2017;

0718_7_18_2017; 0719_7_18_2017; 0720_7_18_2017; 0721_7_18_2017;
0722_7_18_2017; 0723_7_18_2017; 0724_7_18_2017; 0725_7_18_2017;
0726_7_18_2017; 0727_7_18_2017; 0728_7_18_2017; 0729_7_18_2017;
0730_7_18_2017; 0731_7_18_2017; 0732_7_18_2017; 0733_7_18_2017;
0734_7_18_2017; 0735_7_18_2017;

0736_7_18_2017; 0737_7_18_2017; 0738_7_18_2017; 0739_7_18_2017;
0740_7_18_2017; 0741_7_18_2017; 0745_7_18_2017; 0746_7_18_2017;
0747_7_18_2017; 0748_7_18_2017; 0749_7_18_2017; 0750_7_18_2017;
0751_7_18_2017; 0752_7_18_2017; 0753_7_18_2017; 0754_7_18_2017;
0755_7_18_2017; 0756_7_18_2017;

0757_7_18_2017; 0758_7_18_2017; 0759_7_18_2017; 0760_7_18_2017;
0761_7_18_2017; 0762_7_18_2017; 0763_7_18_2017; 0764_7_18_2017;
0765_7_18_2017; 0766_7_18_2017; 0767_7_18_2017; 0768_7_18_2017;

0769_7_18_2017; 0770_7_18_2017; 0771_7_18_2017; 0772_7_18_2017;
0773_7_18_2017; 0774_7_18_2017;

0775_7_18_2017; 0776_7_18_2017; 0777_7_18_2017; 0778_7_18_2017;
0779_7_18_2017; 0780_7_18_2017; 0781_7_18_2017; 0782_7_18_2017;
0783_7_18_2017; 0784_7_18_2017; 0785_7_18_2017; 0786_7_18_2017;
0787_7_18_2017; 0788_7_18_2017; 0789_7_18_2017; 0790_7_18_2017;
0791_7_18_2017; 0792_7_18_2017;

0793_7_18_2017; 0794_7_18_2017; 0795_7_18_2017; 0796_7_18_2017;
0797_7_18_2017; 0798_7_18_2017; 0799_7_18_2017; 0800_7_18_2017;
0801_7_18_2017; 0802_7_18_2017; 0803_7_18_2017; 0804_7_18_2017;
0805_7_18_2017; 0806_7_18_2017; 0807_7_18_2017; 0808_7_18_2017;
0809_7_18_2017; 0810_7_18_2017;

0811_7_18_2017; 0812_7_18_2017; 0813_7_18_2017; 0814_7_18_2017;
0815_7_18_2017; 0816_7_18_2017; 0817_7_18_2017; 0818_7_18_2017;
0819_7_18_2017; 0820_7_18_2017; 0821_7_18_2017; 0822_7_18_2017;
0823_7_18_2017; 0824_7_18_2017; 0825_7_18_2017; 0826_7_18_2017;
0827_7_18_2017; 0828_7_18_2017;

0829_7_18_2017; 0830_7_18_2017; 0831_7_18_2017; 0832_7_18_2017;
0833_7_18_2017; 0834_7_18_2017; 0835_7_18_2017; 0836_7_18_2017;
0837_7_18_2017; 0838_7_18_2017; 0839_7_18_2017; 0840_7_18_2017;
0841_7_18_2017; 0842_7_18_2017; 0843_7_18_2017; 0844_7_18_2017;
0845_7_18_2017; 0846_7_18_2017;

0847_7_18_2017; 0848_7_18_2017; 0849_7_18_2017; 0850_7_18_2017;
0851_7_18_2017; 0852_7_18_2017; 0853_7_18_2017; 0854_7_18_2017;
0855_7_18_2017; 0856_7_18_2017; 0857_7_18_2017; 0858_7_18_2017;
0859_7_18_2017; 0860_7_18_2017; 0861_7_18_2017; 0862_7_18_2017;
0863_7_18_2017; 0864_7_18_2017;

0865_7_18_2017; 0866_7_18_2017; 0867_7_18_2017; 0868_7_18_2017;
0869_7_18_2017; 0870_7_18_2017; 0871_7_18_2017; 0872_7_18_2017;
0873_7_18_2017; 0874_7_18_2017; 0875_7_18_2017; 0876_7_18_2017;
0877_7_18_2017; 0878_7_18_2017; 0879_7_18_2017; 0881_7_18_2017;
0880_7_18_2017; 0882_7_18_2017;

0883_7_18_2017; 0884_7_18_2017; 0885_7_18_2017; 0886_7_18_2017;
0887_7_18_2017; 0888_7_18_2017; 0889_7_18_2017; 0890_7_18_2017;
0891_7_18_2017; 0892_7_18_2017; 0893_7_18_2017; 0894_7_18_2017;
0895_7_18_2017; 0896_7_18_2017; 0897_7_18_2017; 0898_7_18_2017;
0899_7_18_2017; 0900_7_18_2017;

0901_7_18_2017; 0902_7_18_2017; 0903_7_18_2017; 0904_7_18_2017;
0905_7_18_2017; 0906_7_18_2017; 0907_7_18_2017; 0908_7_18_2017;
0909_7_18_2017; 0910_7_18_2017; 0911_7_18_2017; 0912_7_18_2017;
0913_7_18_2017; 0914_7_18_2017; 0915_7_18_2017; 0916_7_18_2017;
0917_7_18_2017; 0918_7_18_2017;

0919_7_18_2017; 0920_7_18_2017; 0921_7_18_2017; 0922_7_18_2017;
0923_7_18_2017; 0924_7_18_2017; 0925_7_18_2017; 0926_7_18_2017;
0927_7_18_2017; 0928_7_18_2017; 0929_7_18_2017; 0930_7_18_2017;
0931_7_18_2017; 0932_7_18_2017; 0933_7_18_2017; 0934_7_18_2017;
0935_7_18_2017; 0936_7_18_2017;

0937_7_18_2017; 0938_7_18_2017; 0939_7_18_2017; 0940_7_18_2017;
0941_7_18_2017; 0942_7_18_2017; 0943_7_18_2017; 0944_7_18_2017;

0945_7_18_2017; 0946_7_18_2017; 0947_7_18_2017; 0948_7_18_2017;
0949_7_18_2017; 0950_7_18_2017; 0951_7_18_2017; 0953_7_18_2017;
0952_7_18_2017; 0954_7_18_2017;

0955_7_18_2017; 0956_7_18_2017; 0957_7_18_2017; 0958_7_18_2017;
0960_7_18_2017; 0959_7_18_2017; 0961_7_18_2017; 0962_7_18_2017;
0963_7_18_2017; 0966_7_18_2017; 0964_7_18_2017; 0965_7_18_2017;
0968_7_18_2017; 0967_7_18_2017; 0969_7_18_2017; 0970_7_18_2017;
0972_7_18_2017; 0971_7_18_2017;

0974_7_18_2017; 0975_7_18_2017; 0973_7_18_2017; 0976_7_18_2017;
0977_7_18_2017; 0978_7_18_2017; 0979_7_18_2017; 0980_7_18_2017;
0981_7_18_2017; 0982_7_18_2017; 0983_7_18_2017; 0984_7_18_2017;
0985_7_18_2017; 0986_7_18_2017; 0987_7_18_2017; 0988_7_18_2017;
0990_7_18_2017; 0989_7_18_2017;

0991_7_18_2017; 0992_7_18_2017; 0993_7_18_2017; 0994_7_18_2017;
0995_7_18_2017; 0996_7_18_2017; 0997_7_18_2017; 0998_7_18_2017;
0999_7_18_2017; 1001_7_18_2017; 1000_7_18_2017; 1002_7_18_2017;
1003_7_18_2017; 1004_7_18_2017; 1005_7_18_2017; 1006_7_18_2017;
1007_7_18_2017; 1008_7_18_2017;

1009_7_18_2017; 1010_7_18_2017; 1011_7_18_2017; 1012_7_18_2017;
1013_7_18_2017; 1014_7_18_2017; 1015_7_18_2017; 1016_7_18_2017;
1017_7_18_2017; 1018_7_18_2017; 1019_7_18_2017; 1020_7_18_2017;
1021_7_18_2017; 1022_7_18_2017; 1023_7_18_2017; 1024_7_18_2017;
1025_7_18_2017; 1026_7_18_2017;

1027_7_18_2017; 1028_7_18_2017; 1029_7_18_2017; 1030_7_18_2017;
1032_7_18_2017; 1031_7_18_2017; 1033_7_18_2017; 1034_7_18_2017;
1035_7_18_2017; 1036_7_18_2017; 1037_7_18_2017; 1038_7_18_2017;
1039_7_18_2017; 1041_7_18_2017; 1040_7_18_2017; 1042_7_18_2017;
1043_7_18_2017; 1044_7_18_2017;

1045_7_18_2017; 1047_7_18_2017; 1046_7_18_2017; 1048_7_18_2017;
1049_7_18_2017; 1050_7_18_2017; 1051_7_18_2017; 1052_7_18_2017;
1053_7_18_2017; 1054_7_18_2017; 1055_7_18_2017; 1056_7_18_2017;
1057_7_18_2017; 1058_7_18_2017; 1059_7_18_2017; 1060_7_18_2017;
1061_7_18_2017; 1062_7_18_2017;

1063_7_18_2017; 1064_7_18_2017; 1065_7_18_2017; 1066_7_18_2017;
1067_7_18_2017; 1068_7_18_2017; 1069_7_18_2017; 1070_7_18_2017;
1071_7_18_2017; 1072_7_18_2017; 1073_7_18_2017; 1074_7_18_2017;
1075_7_18_2017; 1076_7_18_2017; 1077_7_18_2017; 1078_7_18_2017;
1079_7_18_2017; 1080_7_18_2017;

1081_7_18_2017; 1082_7_18_2017; 1083_7_18_2017; 1084_7_18_2017;
1085_7_18_2017; 1086_7_18_2017; 1087_7_18_2017; 1088_7_18_2017;
1089_7_18_2017; 1090_7_18_2017; 1091_7_18_2017; 1092_7_18_2017;
1093_7_18_2017; 1094_7_18_2017; 1095_7_18_2017; 1097_7_18_2017;
1096_7_18_2017; 1098_7_18_2017;

1099_7_18_2017; 1100_7_18_2017; 1101_7_18_2017; 1102_7_18_2017;
1103_7_18_2017; 1104_7_18_2017; 1106_7_18_2017; 1105_7_18_2017;
1107_7_18_2017; 1108_7_18_2017; 1109_7_18_2017; 1110_7_18_2017;
1111_7_18_2017; 1112_7_18_2017; 1113_7_18_2017; 1114_7_18_2017;
1115_7_18_2017; 1116_7_18_2017;

1117_7_18_2017; 1118_7_18_2017; 1119_7_18_2017; 1120_7_18_2017;

1121_7_18_2017; 1122_7_18_2017; 1123_7_18_2017; 1124_7_18_2017;
1125_7_18_2017; 1126_7_18_2017; 1127_7_18_2017; 1128_7_18_2017;
1129_7_18_2017; 1130_7_18_2017; 1131_7_18_2017; 1132_7_18_2017;
1133_7_18_2017; 1134_7_18_2017;

1135_7_18_2017; 1136_7_18_2017; 1137_7_18_2017; 1138_7_18_2017;
1139_7_18_2017; 1140_7_18_2017; 1141_7_18_2017; 1142_7_18_2017;
1143_7_18_2017; 1144_7_18_2017; 1145_7_18_2017; 1146_7_18_2017;
1147_7_18_2017; 1148_7_18_2017; 1149_7_18_2017; 1150_7_18_2017;
1151_7_18_2017; 1152_7_18_2017;

1153_7_18_2017; 1154_7_18_2017; 1155_7_18_2017; 1156_7_18_2017;
1157_7_18_2017; 1158_7_18_2017; 1159_7_18_2017; 1160_7_18_2017;
1161_7_18_2017; 1162_7_18_2017; 1163_7_18_2017; 1164_7_18_2017;
1165_7_18_2017; 1166_7_18_2017; 1167_7_18_2017; 1168_7_18_2017;
1169_7_18_2017; 1170_7_18_2017;

1172_7_18_2017; 1171_7_18_2017; 1173_7_18_2017; 1175_7_18_2017;
1174_7_18_2017; 1176_7_18_2017; 1177_7_18_2017; 1178_7_18_2017;
1179_7_18_2017; 1180_7_18_2017; 1181_7_18_2017; 1182_7_18_2017;
1183_7_18_2017; 1184_7_18_2017; 1185_7_18_2017; 1186_7_18_2017;
1187_7_18_2017; 1188_7_18_2017;

1189_7_18_2017; 1191_7_18_2017; 1192_7_18_2017; 1193_7_18_2017;
1195_7_18_2017; 1194_7_18_2017; 1196_7_18_2017; 1197_7_18_2017;
1198_7_18_2017; 1199_7_18_2017; 1200_7_18_2017; 1201_7_18_2017;
1202_7_18_2017; 1203_7_18_2017; 1204_7_18_2017; 1205_7_18_2017;
1206_7_18_2017; 1207_7_18_2017;

1208_7_18_2017; 1209_7_18_2017; 1210_7_18_2017; 1211_7_18_2017;
1212_7_18_2017; 1213_7_18_2017; 1214_7_18_2017; 1215_7_18_2017;
1216_7_18_2017; 1217_7_18_2017; 1218_7_18_2017; 1219_7_18_2017;
1220_7_18_2017; 1221_7_18_2017; 1222_7_18_2017; 1223_7_18_2017;
1224_7_18_2017; 1225_7_18_2017;

1226_7_18_2017; 1227_7_18_2017; 1228_7_18_2017; 1229_7_18_2017;
1230_7_18_2017; 1231_7_18_2017; 1232_7_18_2017; 1233_7_18_2017;
1234_7_18_2017; 1235_7_18_2017; 1236_7_18_2017; 1237_7_18_2017;
1238_7_18_2017; 1239_7_18_2017; 1240_7_18_2017; 1241_7_18_2017;
1242_7_18_2017; 1243_7_18_2017;

1244_7_18_2017; 1245_7_18_2017; 1246_7_18_2017; 1247_7_18_2017;
1248_7_18_2017; 1250_7_18_2017; 1249_7_18_2017; 1251_7_18_2017;
1252_7_18_2017; 1253_7_18_2017; 1254_7_18_2017; 1255_7_18_2017;
1256_7_18_2017; 1257_7_18_2017; 1258_7_18_2017; 1259_7_18_2017;
1260_7_18_2017; 1261_7_18_2017;

1262_7_18_2017; 1263_7_18_2017; 1264_7_18_2017; 1265_7_18_2017;
1266_7_18_2017; 1267_7_18_2017; 1268_7_18_2017; 1269_7_18_2017;
1270_7_18_2017; 1271_7_18_2017; 1272_7_18_2017; 1273_7_18_2017;
1274_7_18_2017; 1275_7_18_2017; 1276_7_18_2017; 1277_7_18_2017;
1278_7_18_2017; 1279_7_18_2017;

1281_7_18_2017; 1280_7_18_2017; 1282_7_18_2017; 1283_7_18_2017;
1284_7_18_2017; 1285_7_18_2017; 1286_7_18_2017; 1287_7_18_2017;
1288_7_18_2017; 1289_7_18_2017; 1290_7_18_2017; 1291_7_18_2017;
1292_7_18_2017; 1293_7_18_2017; 1294_7_18_2017; 1295_7_18_2017;
1296_7_18_2017; 1297_7_18_2017;

1298_7_18_2017; 1299_7_18_2017; 1300_7_18_2017; 1301_7_18_2017;
1302_7_18_2017; 1303_7_18_2017; 1304_7_18_2017; 1305_7_18_2017;
1306_7_18_2017; 1307_7_18_2017; 1308_7_18_2017; 1309_7_18_2017;
1310_7_18_2017; 1311_7_18_2017; 1312_7_18_2017; 1313_7_18_2017;
1314_7_18_2017; 1315_7_18_2017;

1316_7_18_2017; 1317_7_18_2017; 1318_7_18_2017; 1319_7_18_2017;
1320_7_18_2017; 1321_7_18_2017; 1322_7_18_2017; 1323_7_18_2017;
1324_7_18_2017; 1325_7_18_2017; 1326_7_18_2017; 1327_7_18_2017;
1328_7_18_2017; 1329_7_18_2017; 1330_7_18_2017; 1331_7_18_2017;
1332_7_18_2017; 1333_7_18_2017;

1334_7_18_2017; 1335_7_18_2017; 1336_7_18_2017; 1337_7_18_2017;
1338_7_18_2017; 1339_7_18_2017; 1340_7_18_2017; 1341_7_18_2017;
1342_7_18_2017; 1343_7_18_2017; 1344_7_18_2017; 1345_7_18_2017;
1346_7_18_2017; 1347_7_18_2017; 1348_7_18_2017; 1349_7_18_2017;
1350_7_18_2017; 1351_7_18_2017;

1352_7_18_2017; 1353_7_18_2017; 1354_7_18_2017; 1355_7_18_2017;
1356_7_18_2017; 1357_7_18_2017; 1358_7_18_2017; 1359_7_18_2017;
1360_7_18_2017; 1361_7_18_2017; 1362_7_18_2017; 1363_7_18_2017;
1364_7_18_2017; 1365_7_18_2017; 1366_7_18_2017; 1367_7_18_2017;
1368_7_18_2017; 1369_7_18_2017;

1370_7_18_2017; 1371_7_18_2017; 1372_7_18_2017; 1373_7_18_2017;
1374_7_18_2017; 1375_7_18_2017; 1376_7_18_2017; 1377_7_18_2017;
1378_7_18_2017; 1379_7_18_2017; 1380_7_18_2017; 1381_7_18_2017;
1382_7_18_2017; 1383_7_18_2017; 1384_7_18_2017; 1385_7_18_2017;
1386_7_18_2017; 1387_7_18_2017;

1388_7_18_2017; 1389_7_18_2017; 1390_7_18_2017; 1391_7_18_2017;
1392_7_18_2017; 1393_7_18_2017; 1394_7_18_2017; 1395_7_18_2017;
1396_7_18_2017; 1397_7_18_2017; 1398_7_18_2017; 1399_7_18_2017;
1400_7_18_2017; 1401_7_18_2017; 1402_7_18_2017; 1403_7_18_2017;
1404_7_18_2017; 1405_7_18_2017;

1406_7_18_2017; 1407_7_18_2017; 1408_7_18_2017; 1409_7_18_2017;
1410_7_18_2017; 1411_7_18_2017; 1412_7_18_2017; 1414_7_18_2017;
1413_7_18_2017; 1416_7_18_2017; 1415_7_18_2017; 1417_7_18_2017;
1418_7_18_2017; 1419_7_18_2017; 1420_7_18_2017; 1421_7_18_2017;
1422_7_18_2017; 1423_7_18_2017;

1424_7_18_2017; 1425_7_18_2017; 1426_7_18_2017; 1428_7_18_2017;
1429_7_18_2017; 1427_7_18_2017; 1430_7_18_2017; 1431_7_18_2017;
1432_7_18_2017; 1433_7_18_2017; 1434_7_18_2017; 1435_7_18_2017;
1436_7_18_2017; 1437_7_18_2017; 1438_7_18_2017; 1439_7_18_2017;
1441_7_18_2017; 1440_7_18_2017;

1442_7_18_2017; 1443_7_18_2017; 1444_7_18_2017; 1445_7_18_2017;
1447_7_18_2017; 1446_7_18_2017; 1449_7_18_2017; 1448_7_18_2017;
1450_7_18_2017; 1451_7_18_2017; 1452_7_18_2017; 1453_7_18_2017;
1456_7_18_2017; 1455_7_18_2017; 1454_7_18_2017; 1457_7_18_2017;
1458_7_18_2017; 1459_7_18_2017;

1460_7_18_2017; 1461_7_18_2017; 1462_7_18_2017; 1463_7_18_2017;
1464_7_18_2017; 1465_7_18_2017; 1466_7_18_2017; 1467_7_18_2017;
1468_7_18_2017; 1469_7_18_2017; 1470_7_18_2017; 1471_7_18_2017;
1472_7_18_2017; 1473_7_18_2017; 1474_7_18_2017; 1475_7_18_2017;
1476_7_18_2017; 1477_7_18_2017;

1478_7_18_2017; 1479_7_18_2017; 1480_7_18_2017; 1481_7_18_2017;
1482_7_18_2017; 1483_7_18_2017; 1484_7_18_2017; 1485_7_18_2017;
1486_7_18_2017; 1487_7_18_2017; 1488_7_18_2017; 1489_7_18_2017;
1490_7_18_2017; 1491_7_18_2017; 1492_7_18_2017; 1493_7_18_2017;
1494_7_18_2017; 1495_7_18_2017;

1497_7_18_2017; 1496_7_18_2017; 1498_7_18_2017; 1500_7_18_2017;
1499_7_18_2017; 1501_7_18_2017; 1503_7_18_2017; 1502_7_18_2017;
1504_7_18_2017; 1505_7_18_2017; 1506_7_18_2017; 1507_7_18_2017;
1508_7_18_2017; 1509_7_18_2017; 1510_7_18_2017; 1511_7_18_2017;
1512_7_18_2017; 1513_7_18_2017;

1515_7_18_2017; 1514_7_18_2017; 1516_7_18_2017; 1517_7_18_2017;
1518_7_18_2017; 1519_7_18_2017; 1520_7_18_2017; 1521_7_18_2017;
1522_7_18_2017; 1523_7_18_2017; 1524_7_18_2017; 1525_7_18_2017;
1526_7_18_2017; 1527_7_18_2017; 1528_7_18_2017; 1529_7_18_2017;
1530_7_18_2017; 1531_7_18_2017;

1532_7_18_2017; 1533_7_18_2017; 1534_7_18_2017; 1535_7_18_2017;
1537_7_18_2017; 1536_7_18_2017; 1538_7_18_2017; 1539_7_18_2017;
1540_7_18_2017; 1541_7_18_2017; 1542_7_18_2017; 1543_7_18_2017;
1544_7_18_2017; 1545_7_18_2017; 1546_7_18_2017; 1547_7_18_2017;
1548_7_18_2017; 1549_7_18_2017;

1550_7_18_2017; 1551_7_18_2017; 1552_7_18_2017; 1553_7_18_2017;
1554_7_18_2017; 1555_7_18_2017; 1556_7_18_2017; 1557_7_18_2017;
1558_7_18_2017; 1559_7_18_2017; 1560_7_18_2017; 1561_7_18_2017;
1562_7_18_2017; 1563_7_18_2017; 1564_7_18_2017; 1565_7_18_2017;
1566_7_18_2017; 1567_7_18_2017;

1568_7_18_2017; 1569_7_18_2017; 1570_7_18_2017; 1571_7_18_2017;
1572_7_18_2017; 1573_7_18_2017; 1574_7_18_2017; 1575_7_18_2017;
1576_7_18_2017; 1577_7_18_2017; 1578_7_18_2017; 1579_7_18_2017;
1580_7_18_2017; 1581_7_18_2017; 1582_7_18_2017; 1583_7_18_2017;
1584_7_18_2017; 1585_7_18_2017;

1586_7_18_2017; 1587_7_18_2017; 1588_7_18_2017; 1589_7_18_2017;
1590_7_18_2017; 1591_7_18_2017; 1592_7_18_2017; 1593_7_18_2017;
1594_7_18_2017; 1595_7_18_2017; 1596_7_18_2017; 1597_7_18_2017;
1598_7_18_2017; 1599_7_18_2017; 1600_7_18_2017; 1601_7_18_2017;
1602_7_18_2017; 1603_7_18_2017;

1604_7_18_2017; 1605_7_18_2017; 1606_7_18_2017; 1607_7_18_2017;
1608_7_18_2017; 1609_7_18_2017; 1611_7_18_2017; 1610_7_18_2017;
1612_7_18_2017; 1613_7_18_2017; 1614_7_18_2017; 1615_7_18_2017;
1618_7_18_2017; 1616_7_18_2017; 1619_7_18_2017; 1620_7_18_2017;
1621_7_18_2017; 1622_7_18_2017;

1623_7_18_2017; 1624_7_18_2017; 1625_7_18_2017; 1626_7_18_2017;
1627_7_18_2017; 1628_7_18_2017; 1629_7_18_2017; 1630_7_18_2017;
1631_7_18_2017; 1632_7_18_2017; 1633_7_18_2017; 1634_7_18_2017;
1635_7_18_2017; 1636_7_18_2017; 1637_7_18_2017; 1638_7_18_2017;
1639_7_18_2017; 1640_7_18_2017;

1641_7_18_2017; 1642_7_18_2017; 1643_7_18_2017; 1644_7_18_2017;
1645_7_18_2017; 1646_7_18_2017; 1647_7_18_2017; 1648_7_18_2017;
1649_7_18_2017; 1650_7_18_2017; 1652_7_18_2017; 1651_7_18_2017;
1653_7_18_2017; 1654_7_18_2017; 1655_7_18_2017; 1656_7_18_2017;

1658_7_18_2017; 1657_7_18_2017;

1659_7_18_2017; 1660_7_18_2017; 1661_7_18_2017; 1662_7_18_2017; 1663_7_18_2017; 1664_7_18_2017; 1665_7_18_2017; 1666_7_18_2017; 1667_7_18_2017; 1668_7_18_2017; 1669_7_18_2017; 1670_7_18_2017; 1671_7_18_2017; 1672_7_18_2017; 1673_7_18_2017; 1674_7_18_2017; 1675_7_18_2017; 1676_7_18_2017;

1677_7_18_2017; 1678_7_18_2017; 1679_7_18_2017; 1680_7_18_2017; 1681_7_18_2017; 1683_7_18_2017; 1682_7_18_2017; 1684_7_18_2017; 1686_7_18_2017; 1685_7_18_2017; 1687_7_18_2017; 1688_7_18_2017; 1689_7_18_2017; 1690_7_18_2017; 1692_7_18_2017; 1691_7_18_2017; 1693_7_18_2017; 1694_7_18_2017;

1695_7_18_2017; 1696_7_18_2017; 1697_7_18_2017; 1698_7_18_2017; 1699_7_18_2017; 1700_7_18_2017; 1701_7_18_2017; 1702_7_18_2017; 1703_7_18_2017; 1704_7_18_2017; 1705_7_18_2017; 1706_7_18_2017; 1707_7_18_2017; 1708_7_18_2017; 1709_7_18_2017; 1710_7_18_2017; 1711_7_18_2017; 1712_7_18_2017;

1713_7_18_2017; 1714_7_18_2017; 1715_7_18_2017; 1716_7_18_2017; 1717_7_18_2017; 1718_7_18_2017; 1720_7_18_2017; 1719_7_18_2017; 1721_7_18_2017; 1722_7_18_2017; 1723_7_18_2017; 1724_7_18_2017; 1725_7_18_2017; 1726_7_18_2017; 1727_7_18_2017; 1728_7_18_2017; 1729_7_18_2017; 1730_7_18_2017;

1731_7_18_2017; 1732_7_18_2017; 1733_7_18_2017; 1735_7_18_2017; 1734_7_18_2017; 1736_7_18_2017; 1737_7_18_2017; 1738_7_18_2017; 1739_7_18_2017; 1740_7_18_2017; 1741_7_18_2017; 1742_7_18_2017; 1744_7_18_2017; 1743_7_18_2017; 1745_7_18_2017; 1746_7_18_2017; 1747_7_18_2017; 1748_7_18_2017;

1750_7_18_2017; 1749_7_18_2017; 1751_7_18_2017; 1753_7_18_2017; 1752_7_18_2017; 1754_7_18_2017; 1755_7_18_2017; 1756_7_18_2017; 1757_7_18_2017; 1758_7_18_2017; 1759_7_18_2017; 1760_7_18_2017; 1761_7_18_2017; 1762_7_18_2017; 1763_7_18_2017; 1764_7_18_2017; 1765_7_18_2017; 1766_7_18_2017;

1767_7_18_2017; 1768_7_18_2017; 1769_7_18_2017; 1770_7_18_2017; 1771_7_18_2017; 1772_7_18_2017; 1773_7_18_2017; 1774_7_18_2017; 1775_7_18_2017; 1776_7_18_2017; 1777_7_18_2017; 1778_7_18_2017; 1779_7_18_2017; 1780_7_18_2017; 1781_7_18_2017; 1782_7_18_2017; 1783_7_18_2017; 1784_7_18_2017;

1785_7_18_2017; 1786_7_18_2017; 1787_7_18_2017; 1788_7_18_2017; 1789_7_18_2017; 1791_7_18_2017; 1790_7_18_2017; 1792_7_18_2017; 1793_7_18_2017; 1794_7_18_2017; 1795_7_18_2017; 1796_7_18_2017; 1797_7_18_2017; 1798_7_18_2017; 1799_7_18_2017; 1800_7_18_2017; 8200_7_18_2017; 8201_7_18_2017;

8202_7_18_2017; 8203_7_18_2017; 8204_7_18_2017; 8205_7_18_2017; 8206_7_18_2017; 8207_7_18_2017; 8208_7_18_2017; 8209_7_18_2017; 8210_7_18_2017; 8211_7_18_2017; 8212_7_18_2017; 8213_7_18_2017; 8214_7_18_2017; 8215_7_18_2017; 8216_7_18_2017; 8217_7_18_2017; 8218_7_18_2017; 8219_7_18_2017;

8220_7_18_2017; 8221_7_18_2017; 8222_7_18_2017; 8223_7_18_2017; 8224_7_18_2017; 8225_7_18_2017; 8226_7_18_2017; 8227_7_18_2017; 8228_7_18_2017; 8229_7_18_2017; 8230_7_18_2017; 8231_7_18_2017;

8232_7_18_2017; 8233_7_18_2017; 8234_7_18_2017; 8235_7_18_2017;
8236_7_18_2017; 8237_7_18_2017;

8238_7_18_2017; 8239_7_18_2017; 8240_7_18_2017; 8241_7_18_2017;
8242_7_18_2017; 8243_7_18_2017; 8244_7_18_2017; 8245_7_18_2017;
8246_7_18_2017; 1617-Edit_7_18_2017; 1617_7_18_2017;

8250_7_19_2017; 8249_7_19_2017; 8248_7_19_2017; 8252_7_19_2017;
8253_7_19_2017; 8254_7_19_2017; 8255_7_19_2017; 8258_7_19_2017;
8257_7_19_2017; 8259_7_19_2017; 8261_7_19_2017; 8260_7_19_2017;
8262_7_19_2017; 8263_7_19_2017; 8264_7_19_2017; 8265_7_19_2017;
8266_7_19_2017; 8268_7_19_2017; 8269_7_19_2017;

8271_7_19_2017; 8272_7_19_2017; 8273_7_19_2017; 8274_7_19_2017;
8275_7_19_2017; 8251_7_19_2017; 8251-Edit_7_19_2017; 8256-
Edit_7_19_2017; 8267-Edit_7_19_2017;
8256_7_19_2017; 8267_7_19_2017;

8278_7_25_2017; 8277_7_25_2017; 8276_7_25_2017; 8279_7_25_2017;
8280_7_25_2017; 8281_7_25_2017; 8282_7_25_2017; 8283_7_25_2017;
8284_7_25_2017; 8285_7_25_2017; 8286_7_25_2017; 8287_7_25_2017;
8288_7_25_2017; 8289_7_25_2017; 8290_7_25_2017; 8291_7_25_2017;
8292_7_25_2017; 8293_7_25_2017;

8294_7_25_2017; 8295_7_25_2017; 8296_7_25_2017; 8297_7_25_2017;
8298_7_25_2017; 8301_7_25_2017; 8302_7_25_2017; 8303_7_25_2017;
8304_7_25_2017; 8306_7_25_2017; 8305_7_25_2017; 8307_7_25_2017;
8308_7_25_2017; 8309_7_25_2017; 8310_7_25_2017; 8311_7_25_2017;
8312_7_25_2017; 8313_7_25_2017;

8315_7_25_2017; 8314_7_25_2017; 8317_7_25_2017; 8319_7_25_2017;
8320_7_25_2017; 8318_7_25_2017; 8321_7_25_2017; 8326_7_25_2017;
8323_7_25_2017; 8327_7_25_2017; 8328_7_25_2017; 8329_7_25_2017;
8331_7_25_2017; 8333_7_25_2017; 8332_7_25_2017; 8337_7_25_2017;
8338_7_25_2017; 8340_7_25_2017;

8341_7_25_2017; 8343_7_25_2017; 8342_7_25_2017; 8345_7_25_2017;
8346_7_25_2017; 8347_7_25_2017; 8351_7_25_2017; 8353_7_25_2017;
8354_7_25_2017; 8355_7_25_2017; 8356_7_25_2017; 8357_7_25_2017;
8358_7_25_2017; 8359_7_25_2017; 8360_7_25_2017; 8361_7_25_2017;
8363_7_25_2017; 8362_7_25_2017;

8364_7_25_2017; 8365_7_25_2017; 8366_7_25_2017; 8367_7_25_2017;
8368_7_25_2017; 8369_7_25_2017; 8372_7_25_2017; 8370_7_25_2017;
8371_7_25_2017; 8316-Edit_7_25_2017;
8322-Edit_7_25_2017; 8316_7_25_2017; 8325-Edit_7_25_2017;

8336-Edit_7_25_2017; 8330_7_25_2017; 8334_7_25_2017; 8336_7_25_2017;
8339-Edit_7_25_2017; 8344-Edit_7_25_2017; 8350-Edit_7_25_2017;
8339_7_25_2017; 8344_7_25_2017; 8350_7_25_2017; 8352-Edit_7_25_2017;
8352_7_25_2017; 8322_7_25_2017; 8325_7_25_2017; 8330-Edit_7_25_2017;
8334-Edit_7_25_2017;

8373_8_7_2017; 8375_8_7_2017; 8374_8_7_2017; 8376_8_7_2017;
8377_8_7_2017; 8378_8_7_2017; 8379_8_7_2017; 8381_8_7_2017;
8380_8_7_2017; 8382_8_7_2017; 8383_8_7_2017; 8384_8_7_2017;
8385_8_7_2017; 8386_8_7_2017; 8387_8_7_2017; 8389_8_7_2017;
8388_8_7_2017; 8390_8_7_2017; 8391_8_7_2017; 8392_8_7_2017;
8393_8_7_2017; 8394_8_7_2017;

8395_8_7_2017; 8396_8_7_2017; 8397_8_7_2017; 8398_8_7_2017; 8399_8_7_2017;

8403_8_8_2017; 8404_8_8_2017; 8402_8_8_2017; 8405_8_8_2017; 8406_8_8_2017; 8407_8_8_2017; 8408_8_8_2017; 8409_8_8_2017; 8411_8_8_2017; 1801_8_8_2017; 8412_8_8_2017; 1802_8_8_2017; 1803_8_8_2017; 1804_8_8_2017; 1805_8_8_2017; 1806_8_8_2017; 1807_8_8_2017; 1808_8_8_2017; 1809_8_8_2017; 1811_8_8_2017; 1810_8_8_2017; 1812_8_8_2017;

1812_8_8_2017-2; 1813_8_8_2017; 1814_8_8_2017; 1815_8_8_2017; 1816_8_8_2017; 1817_8_8_2017; 1818_8_8_2017; 1819_8_8_2017; 1820_8_8_2017; 1821_8_8_2017; 1822_8_8_2017; 1823_8_8_2017; 1824_8_8_2017; 1825_8_8_2017; 1826_8_8_2017; 1828_8_8_2017; 1829_8_8_2017; 1827_8_8_2017; 1830_8_8_2017; 1832_8_8_2017; 1831_8_8_2017;

1833_8_8_2017; 1836_8_8_2017; 1835_8_8_2017; 1834_8_8_2017; 1836_8_8_2017-2; 1837_8_8_2017; 1838_8_8_2017; 1839_8_8_2017; 1840_8_8_2017; 1841_8_8_2017; 1842_8_8_2017; 1843_8_8_2017; 1845_8_8_2017; 1844_8_8_2017; 1846_8_8_2017; 1847-Edit_8_8_2017; 1847_8_8_2017; 1848_8_8_2017; 1849_8_8_2017;

1850_8_8_2017; 1851-Edit_8_8_2017; 1850_8_8_2017-2; 1851_8_8_2017; 1852_8_8_2017; 1853_8_8_2017; 1854_8_8_2017; 1855_8_8_2017; 1856-Edit_8_8_2017; 1856_8_8_2017; 1857_8_8_2017; 1858_8_8_2017; 1859_8_8_2017; 1861_8_8_2017; 1860_8_8_2017; 1862_8_8_2017; 1863_8_8_2017; 1864_8_8_2017; 1865_8_8_2017;

1866_8_8_2017; 1867_8_8_2017; 1868_8_8_2017; 1869_8_8_2017; 1870_8_8_2017; 1871_8_8_2017; 1872_8_8_2017; 1873_8_8_2017; 1874_8_8_2017; 1875_8_8_2017; 1876_8_8_2017; 1877_8_8_2017; 1878_8_8_2017; 1879_8_8_2017; 1880_8_8_2017; 1881_8_8_2017; 1882_8_8_2017; 1883_8_8_2017; 1884_8_8_2017; 1885_8_8_2017; 1886_8_8_2017;

1887_8_8_2017; 1888_8_8_2017; 1889_8_8_2017; 8414_8_8_2017; 8417_8_8_2017; 8418_8_8_2017; 8419_8_8_2017; 8420_8_8_2017; 8421_8_8_2017; 8422_8_8_2017; 8423_8_8_2017; 8424_8_8_2017; 8425_8_8_2017; 8425-Edit_8_8_2017; 8426-Edit_8_8_2017; 8426_8_8_2017; 8427_8_8_2017; 8428_8_8_2017; 8429_8_8_2017; 8429_8_8_2017-2;

1890_8_8_2017; 8430_8_8_2017; 1890_8_8_2017-2; 1892_8_8_2017; 1891_8_8_2017; 1893_8_8_2017; 1895_8_8_2017; 1894_8_8_2017; 1896_8_8_2017; 1898_8_8_2017; 1897_8_8_2017; 1899_8_8_2017; 1900_8_8_2017; 1901_8_8_2017; 1902_8_8_2017; 1903_8_8_2017; 1903_8_8_2017-2; 1904_8_8_2017; 1905_8_8_2017; 1906_8_8_2017;

1907_8_8_2017; 1908_8_8_2017; 1909_8_8_2017; 1910_8_8_2017; 1911_8_8_2017; 1912_8_8_2017; 1913_8_8_2017; 1914_8_8_2017; 1915_8_8_2017; 1916_8_8_2017; 1917_8_8_2017; 1918_8_8_2017; 1919_8_8_2017; 1920_8_8_2017; 1921_8_8_2017; 1922_8_8_2017; 1923_8_8_2017; 1924_8_8_2017; 1925_8_8_2017; 1926_8_8_2017; 1927_8_8_2017;

1928_8_8_2017; 1929_8_8_2017; 1930_8_8_2017; 1931_8_8_2017; 1932_8_8_2017; 1933_8_8_2017; 1934_8_8_2017; 1935_8_8_2017; 1936_8_8_2017; 1937_8_8_2017; 1938_8_8_2017; 1939_8_8_2017;

1940_8_8_2017; 1941_8_8_2017; 1942_8_8_2017; 1943_8_8_2017;
1944_8_8_2017; 1945_8_8_2017; 1946_8_8_2017; 1947_8_8_2017;
8431_8_8_2017;

8432_8_8_2017; 8433_8_8_2017; 8434_8_8_2017; 8435_8_8_2017;
8436_8_8_2017; 8438_8_8_2017; 8439-Edit_8_8_2017; 8439_8_8_2017;
8440-Edit_8_8_2017; 8440_8_8_2017; 8441_8_8_2017; 8442-Edit_8_8_2017;
8443-Edit_8_8_2017; 8442_8_8_2017; 8443_8_8_2017; 8444_8_8_2017;
8447-Edit_8_8_2017; 8447_8_8_2017; 8448_8_8_2017;

8449_8_8_2017; 8450-Edit_8_8_2017; 8450_8_8_2017; 8452_8_8_2017;
8453_8_8_2017; 8454_8_8_2017;

8455_8_14_2017; 8457_8_14_2017; 8456_8_14_2017; 8458_8_14_2017;
8460_8_14_2017; 8459_8_14_2017; 8461_8_14_2017; 8462_8_14_2017;
8463_8_14_2017; 8464_8_14_2017; 8465_8_14_2017; 8466_8_14_2017;
8467_8_14_2017; 8468_8_14_2017; 8469_8_14_2017; 8470_8_14_2017;
8471_8_14_2017; 8472_8_14_2017;

8473-Edit_8_14_2017; 8473_8_14_2017; 8475_8_14_2017; 8474_8_14_2017;
8476_8_14_2017; 8477_8_14_2017; 8478_8_14_2017; 8479_8_14_2017;
8480_8_14_2017; 8481_8_14_2017; 8482_8_14_2017; 8483_8_14_2017;
8484_8_14_2017; 8485_8_14_2017; 8486_8_14_2017; 8487_8_14_2017;
8488_8_14_2017; 8489_8_14_2017;

8490_8_14_2017; 8491_8_14_2017; 8492_8_14_2017; 8493_8_14_2017;
8494_8_14_2017; 8495_8_14_2017; 8496_8_14_2017; 8497_8_14_2017;
8498_8_14_2017; 8499_8_14_2017; 8500_8_14_2017; 8501_8_14_2017;
8502_8_14_2017; 8503_8_14_2017; 8504_8_14_2017; 8505_8_14_2017;
8506_8_14_2017; 8507_8_14_2017;

8508_8_14_2017; 8509_8_14_2017; 8510_8_14_2017; 8511_8_14_2017;
8512_8_14_2017; 8513_8_14_2017; 8514_8_14_2017; 8515_8_14_2017;
8516_8_14_2017; 8517_8_14_2017; 8518_8_14_2017; 8519_8_14_2017;
8520_8_14_2017; 8521_8_14_2017; 8522_8_14_2017; 8523_8_14_2017;
8524_8_14_2017; 8525_8_14_2017;

8526_8_14_2017; 8527_8_14_2017; 8528_8_14_2017; 8529-Edit_8_14_2017;
8529_8_14_2017; 8530_8_14_2017; 8531_8_14_2017; 8532_8_14_2017;
8533_8_14_2017; 8534_8_14_2017; 8535_8_14_2017; 8536_8_14_2017;
8537_8_14_2017; 8538_8_14_2017; 8539_8_14_2017; 8540_8_14_2017;
8541_8_14_2017; 8542_8_14_2017;

8543_8_14_2017; 8544_8_14_2017; 8545_8_14_2017; 8546_8_14_2017;
8547_8_14_2017; 8548_8_14_2017; 8549-Edit_8_14_2017; 8550-
Edit_8_14_2017; 8549_8_14_2017; 8550_8_14_2017; 8551_8_14_2017;
8552_8_14_2017; 8553_8_14_2017; 8554_8_14_2017; 8555_8_14_2017;
8556_8_14_2017; 8557_8_14_2017; 8558_8_14_2017;

8559_8_14_2017; 8560_8_14_2017; 8561_8_14_2017; 8562_8_14_2017;
8563_8_14_2017; 8564_8_14_2017; 8566-Edit_8_14_2017; 8565_8_14_2017;
8566_8_14_2017; 8567_8_14_2017; 8568_8_14_2017; 8569_8_14_2017;
8570_8_14_2017; 8571_8_14_2017; 8572_8_14_2017; 8573_8_14_2017;
8574_8_14_2017; 8575_8_14_2017;

8576_8_14_2017; 8577_8_14_2017; 8578_8_14_2017; 8579_8_14_2017;
8580_8_14_2017; 8581_8_14_2017; 8582_8_14_2017; 8583_8_14_2017;
8584_8_14_2017; 8585_8_14_2017; 8586_8_14_2017; 8587_8_14_2017;
8588_8_14_2017; 8589_8_14_2017; 8590_8_14_2017; 8591_8_14_2017;

8592_8_14_2017; 8593_8_14_2017;

8594_8_14_2017; 8595_8_14_2017; 8596_8_14_2017; 8598_8_14_2017; 8597_8_14_2017; 8599_8_14_2017; 8600_8_14_2017; 8601_8_14_2017; 8602_8_14_2017; 8603-Edit_8_14_2017; 8603_8_14_2017; 8604_8_14_2017; 8605_8_14_2017; 8606_8_14_2017; 8607_8_14_2017; 8608_8_14_2017; 8609_8_14_2017; 8610_8_14_2017;

8611_8_14_2017; 8613_8_14_2017; 8612_8_14_2017; 8614_8_14_2017; 8615_8_14_2017; 8616_8_14_2017; 8617_8_14_2017; 8618_8_14_2017; 8619_8_14_2017; 8620_8_14_2017; 8621_8_14_2017; 8622_8_14_2017; 8623_8_14_2017; 8624_8_14_2017; 8625_8_14_2017; 8626_8_14_2017; 8627_8_14_2017; 8628_8_14_2017;

8629_8_14_2017; 8630_8_14_2017; 8631_8_14_2017; 8632_8_14_2017; 8633_8_14_2017; 8634_8_14_2017; 8635_8_14_2017; 8636_8_14_2017; 8637_8_14_2017; 8638_8_14_2017; 8639_8_14_2017; 8640_8_14_2017; 8641_8_14_2017; 8642_8_14_2017; 8644_8_14_2017; 8643_8_14_2017; 8645_8_14_2017; 8646_8_14_2017;

8647_8_14_2017; 8648_8_14_2017; 8649_8_14_2017; 8650_8_14_2017; 8651_8_14_2017; 8652_8_14_2017; 8653_8_14_2017; 8654_8_14_2017; 8655_8_14_2017; 8656_8_14_2017; 8657_8_14_2017; 8658_8_14_2017; 8659_8_14_2017; 8660_8_14_2017; 8661_8_14_2017; 8662_8_14_2017; 8663_8_14_2017; 8664_8_14_2017;

8665_8_14_2017; 8666_8_14_2017; 8667_8_14_2017; 8668_8_14_2017; 8669_8_14_2017; 8670_8_14_2017; 8671_8_14_2017; 8672-Edit_8_14_2017; 8672_8_14_2017; 8673_8_14_2017; 8674_8_14_2017; 8675_8_14_2017; 8676_8_14_2017; 8677_8_14_2017; 8678_8_14_2017; 8679_8_14_2017; 8680_8_14_2017; 8681_8_14_2017;

8682_8_14_2017; 8683_8_14_2017; 8685_8_14_2017; 8684_8_14_2017; 8681-HDR_8_14_2017; 8686_8_14_2017; 8687_8_14_2017; 8688_8_14_2017; 8689_8_14_2017; 8690_8_14_2017; 8691_8_14_2017; 8692_8_14_2017; 8693_8_14_2017; 8694_8_14_2017; 8695_8_14_2017; 8696_8_14_2017; 8697_8_14_2017; 8698_8_14_2017;

8699_8_14_2017; 8700_8_14_2017; 8701_8_14_2017; 8702_8_14_2017; 8703_8_14_2017; 8704_8_14_2017; 8705_8_14_2017; 8706_8_14_2017;

8707_8_15_2017; 8709_8_15_2017; 8708_8_15_2017; 8710_8_15_2017; 8711_8_15_2017; 8712_8_15_2017; 8713_8_15_2017; 8714_8_15_2017; 8715_8_15_2017; 8716_8_15_2017; 8717_8_15_2017; 8718_8_15_2017; 8719_8_15_2017; 8720_8_15_2017; 8721_8_15_2017; 8723_8_15_2017; 8722_8_15_2017; 8724_8_15_2017;

8725_8_15_2017; 8726_8_15_2017; 8727_8_15_2017; 8728_8_15_2017; 8729_8_15_2017; 8730_8_15_2017; 8731_8_15_2017; 8732_8_15_2017; 8733_8_15_2017; 8734_8_15_2017; 8735_8_15_2017; 8736_8_15_2017; 8737_8_15_2017; 8738_8_15_2017; 8739_8_15_2017; 8740_8_15_2017; 8741_8_15_2017; 8742_8_15_2017;

8743_8_15_2017; 8744_8_15_2017; 8745_8_15_2017; 8746_8_15_2017; 8747_8_15_2017; 8748_8_15_2017; 8749_8_15_2017; 8750_8_15_2017; 8751_8_15_2017; 8752_8_15_2017; 8753_8_15_2017; 8754_8_15_2017; 8755_8_15_2017; 8756_8_15_2017; 8757_8_15_2017; 8758_8_15_2017; 8759_8_15_2017; 8760_8_15_2017;

8761_8_15_2017; 8762_8_15_2017; 8763_8_15_2017; 8764_8_15_2017;
8765_8_15_2017; 8766_8_15_2017; 8767_8_15_2017; 8768_8_15_2017;
8769_8_15_2017; 8770_8_15_2017; 8771_8_15_2017; 8772_8_15_2017;
8773_8_15_2017;

8774_8_15_2017; 8775_8_15_2017; 8776_8_15_2017; 8777_8_15_2017;
8778_8_15_2017; 8779_8_15_2017; 8780_8_15_2017; 8781_8_15_2017;
8782_8_15_2017;

8785_8_21_2017; 8786_8_21_2017; 8784_8_21_2017; 8787_8_21_2017;
8789_8_21_2017; 8788_8_21_2017; 8791_8_21_2017; 8790_8_21_2017;
8792_8_21_2017; 8794_8_21_2017; 8793_8_21_2017; 8795_8_21_2017;
8796_8_21_2017; 8797_8_21_2017; 8798_8_21_2017; 8799_8_21_2017;
8800_8_21_2017; 8801_8_21_2017;

8802_8_21_2017; 8803_8_21_2017; 8804_8_21_2017; 8805_8_21_2017;
8807_8_21_2017; 8806_8_21_2017; 8808_8_21_2017; 8809_8_21_2017;

8814_8_24_2017; 8813_8_24_2017; 8812_8_24_2017; 8815_8_24_2017;
8817_8_24_2017; 8816_8_24_2017; 8818_8_24_2017; 8819_8_24_2017;
8820_8_24_2017; 8821_8_24_2017; 8822_8_24_2017; 8823_8_24_2017;
8824_8_24_2017; 8825_8_24_2017; 8826_8_24_2017; 8827_8_24_2017;
8828_8_24_2017; 8829_8_24_2017;

8830_8_24_2017; 8831_8_24_2017; 8832_8_24_2017; 8834_8_24_2017;
8833_8_24_2017; 8835_8_24_2017; 8837_8_24_2017; 8836_8_24_2017;
8838_8_24_2017; 8839_8_24_2017; 8840_8_24_2017; 8841_8_24_2017;
8843_8_24_2017; 8844_8_24_2017; 8842_8_24_2017; 8845_8_24_2017;
8846_8_24_2017; 8847_8_24_2017;

8848_8_24_2017; 8849_8_24_2017; 8850_8_24_2017; 8852_8_24_2017;
8851_8_24_2017; 8853_8_24_2017; 8854_8_24_2017; 8855_8_24_2017;
8856_8_24_2017; 8859_8_24_2017; 8858_8_24_2017; 8857_8_24_2017;
8860_8_24_2017; 8861_8_24_2017; 8862_8_24_2017; 8863_8_24_2017;
8864_8_24_2017; 8865_8_24_2017;

8867_8_24_2017; 8866_8_24_2017; 8868_8_24_2017; 8870_8_24_2017;
8871_8_24_2017; 8869_8_24_2017; 8872_8_24_2017; 8873_8_24_2017;
8876_8_24_2017; 8879_8_24_2017; 8877_8_24_2017; 8880_8_24_2017;
8881_8_24_2017; 8882_8_24_2017; 8883_8_24_2017; 8884_8_24_2017;
8885_8_24_2017; 8886_8_24_2017;

8887_8_24_2017; 8888_8_24_2017; 8889_8_24_2017; 8890_8_24_2017;
8891_8_24_2017;
8874-Edit_8_24_2017; 8892_8_24_2017; 8875-Edit_8_24_2017;
8874_8_24_2017; 8875_8_24_2017; 8878-Edit_8_24_2017; 8878_8_24_2017;

8895_8_25_2017; 8894_8_25_2017; 8893_8_25_2017; 8896_8_25_2017;
8898_8_25_2017; 8897_8_25_2017; 8899_8_25_2017; 8900_8_25_2017;
8901_8_25_2017; 8902_8_25_2017; 8903_8_25_2017; 8904_8_25_2017;
8905_8_25_2017; 8906_8_25_2017; 8907_8_25_2017; 8908_8_25_2017;
8909_8_25_2017; 8911_8_25_2017;

8912_8_25_2017; 8914_8_25_2017; 8913_8_25_2017; 8915_8_25_2017;
8910-Edit_8_25_2017; 8916_8_25_2017; 8910_8_25_2017;

1959_8_29_2017;  1961_8_29_2017;  1960_8_29_2017;  1962_8_29_2017;
1963_8_29_2017;  1965_8_29_2017;  1966_8_29_2017;  1968_8_29_2017;
1967_8_29_2017;  1969_8_29_2017;  1970_8_29_2017;  1971_8_29_2017;

1972_8_29_2017;

1976_8_29_2017;  1974_8_29_2017;  1977_8_29_2017;  1979_8_29_2017;
1978_8_29_2017;  1980_8_29_2017;  1981_8_29_2017;  1982_8_29_2017;
1983_8_29_2017;  1984_8_29_2017;  1985_8_29_2017;  1964-
Edit_8_29_2017;  1964_8_29_2017;  1975_8_29_2017;
1975-Edit_8_29_2017;

8920_8_30_2017; 8918_8_30_2017; 8919_8_30_2017; 8923_8_30_2017;
8922_8_30_2017; 8921_8_30_2017; 8924_8_30_2017; 8925_8_30_2017;
8926_8_30_2017; 8927_8_30_2017; 8928_8_30_2017; 8930_8_30_2017;
8931_8_30_2017; 8933_8_30_2017; 8934_8_30_2017; 8935_8_30_2017;
8936_8_30_2017; 8937_8_30_2017;

8932-Edit_8_30_2017; 8940_8_30_2017; 8939_8_30_2017; 8932_8_30_2017;
8938-Edit_8_30_2017; 8938_8_30_2017;

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2017 |
| Date of 1st Publication: | July 14, 2017 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Mike Boatman |
| Author Created: | photograph |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Mike Boatman |
| | 124 Kaskaskia Court, East Peoria, IL, 61611 |

## Rights and Permissions

| | |
|---|---|
| Name: | Mike Boatman |
| Email: | mike@mikeboatman.com |
| Telephone: | (309)698-8804 |
| Alt. Telephone: | (901)619-6294 |
| Address: | 124 Kaskaskia Court |
| | East Peoria, IL 61611 |

## Certification

| | |
|---|---|
| Name: | Mike Boatman |
| Date: | September 22, 2017 |