# Exhibit 3

# 2019 KUBOTA AP-CB2580

Bucket, MP / 4-in-1

**Call for price**

## Seller Information

**Homestead Farm and Lawn LLC DBA First Choice Farm and Lawn**
Union City, Tennessee 38261

**Phone:** (731) 859-7012
**Contact:** Justin Russell

Video Chat With This Dealer

**Item Location:**
305 Hwy 51 S
Dyersburg, Tennessee 38024

### General

| Category | Bucket, MP / 4-in-1 |
|---|---|
| Year | 2019 |
| Manufacturer | KUBOTA |
| Model | AP-CB2580 |
| Quantity | 1 |
| Condition | New |
| Stock Number | 13344 |
| Description | New Kubota CB25-80 80" 4 in one bucket<br>Universal skid steer quick attach<br>Weighs 1147<br>83" overall width<br>Clam shell opening 33"<br>Bucket capacity 15.86 cubic foot<br>Maximum hydraulic pressure 3500 PSI |

### Fits To

KUBOTA

*Notice: Financing terms available may vary depending on applicant and/or guarantor credit profile(s) and additional approval conditions. Assets aged 10-15 years or more may require increased finance charges. Financing approval may require pledge of collateral as security. Applicant credit profile including FICO is used for credit review. Commercial financing provided or arranged by Express Tech-Financing, LLC pursuant to California Finance Lender License #60DBO54873. Consumer financing arranged by Express Tech-Financing, LLC pursuant to California Finance Lender License #60DBO54873 and state licenses listed at this link. Consumer financing not available for consumers residing in Nevada, Vermont, or Wisconsin. Additional state restrictions may apply. Equal opportunity lender.

















